UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY HEDGEPETH, Warden, *et al.*,<br><br>    Defendant. | Case No. 1:13-cv-01395-RRB<br><br>**ORDER DENYING**<br>**MOTION AT DOCKET 16** |

At **Docket 16** Plaintiff Anthony Gaston has moved for the imposition of sanctions on Defendant for failure to answer timely. The procedural history of this case is well known to the parties and need not be repeated here. The Court, having considered the motion and reviewed the record, has determined that the imposition of sanctions is not warranted. Accordingly, the Motion for Sanctions at Docket 16 is **DENIED**.

**IT IS SO ORDERED** this 5th day of March, 2014.

                                              S/ RALPH R. BEISTLINE<br>                                              UNITED STATES DISTRICT JUDGE