UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY HEDGEPETH, Warden, *et al.*,<br><br>    Defendant. | Case No. 1:13-cv-01395-RRB<br><br>**ORDER TO SHOW CAUSE** |

At the request of Defendant E. Morales the Court extended the time within which to serve and file a responsive pleading through and including April 21, 2014.[1]  On April 18, 2014, Morales filed a motion for judgment on the pleadings, which this Court denied on April 23, 2014.[2]  Defendant Morales has filed no further pleading in this matter.

Therefore, unless on before **May 19, 2014**, Defendant E. Morales serves and files a proper responsive pleading to the complaint or show good cause for the failure to do so, the Court will, at the request of Plaintiff Anthony Gaston, enter Morales's default without further notice.

**IT IS SO ORDERED** this 1st day of May, 2014.

                                                  S/RALPH R. BEISTLINE<br>                                                UNITED STATES DISTRICT JUDGE

---

[1]    Docket 14.

[2]    Docket 19.