UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY GASTON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ANTHONY HEDGEPETH, Warden, *et al.*,<br><br>　　　Defendant. | Case No. 1:13-cv-01395-RRB<br><br>**<u>ORDER DENYING RECONSIDERATION</u>** |
|---|---|

At **Docket 33** Plaintiff Anthony Gaston, a state prisoner appearing *pro se*, filed a document entitled "Objections to Defendant's Reply in Support of Motion for Summary Judgment." In addition to the fact that the filing of the document was not sanctioned by either the rules of procedure or an order of this Court, the record reflects that the Court entered its Order granting Defendant's motion for summary judgment and final judgment thereon on the same date as Gaston's objections bear, but three days prior to the date the Court received them.[1]

Giving Gaston, a state prisoner appearing *pro se*, the benefit of liberally construing pleadings and documents filed,[2] the Court treats Gaston's pending motion as the functional

---

[1] Dockets 31, 32.

[2] *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam); *Porter v. Ollison*, 620 F.3d 952, 958 (9th Cir. 2010).

equivalent of a timely motion to amend the judgment.[3]  This Court may grant relief under Rule 59(e) under limited circumstances:  (1) an intervening change of controlling authority; (2) new evidence has surfaced; or (3) the previous disposition was clearly erroneous and, if uncorrected, would work a manifest injustice.[4]

In his Objections Gaston does nothing more that rehash the arguments he made in opposition to Defendant's motion.  In granting summary judgment in favor of Defendant E. Morales the Court fully considered and rejected those arguments. Consequently, the Objections to Defendant's Reply in Support of Motion for Summary Judgment at **Docket 33**, treated as motion under Rule 59, is hereby **DENIED**.

**IT IS SO ORDERED** this 29th day of August, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[3]     Fed. R. Civ. P. 59.

[4]     *See Circuit City Stores v. Mantor*, 417 F.3d 1060, 1064 (9th Cir. 2005); *389 Orange Street Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir.1999); *see generally* 11 CHARLES ALAN WRIGHT, ARTHUR R. MILLER & MARY KAY KANE, FED. PRAC. & PROC. CIV. § 2810.1 (2d ed.).